UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-

RICHARD R. GOLDBERG,

                Defendant.
----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
13-CR-120 (JMA)

**FILED**
**CLERK**
3/1/2021 3:02 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**APPEARANCES:**

Linda I. Marks
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
    *Attorney for the United States*

Tracey L. Gaffey
Federal Defenders of New York
770 Federal Plaza
Central Islip, NY 11722
    *Attorney for Defendant Richard R. Goldberg*

**AZRACK, United States District Judge:**

On August 26, 2020, defendant Richard R. Goldberg ("Defendant") first moved for compassionate release following the onset of the COVID-19 pandemic. (ECF No. 597.) Though the Court denied his motion because the Section 3553(a) sentencing factors weighed against granting him compassionate release, the application was denied "without prejudice to its renewal should Defendant's condition or the situation at his facility materially worsen." (ECF No. 603.)

Defendant has again moved for compassionate release. (ECF No. 615.) Because of increasing cases at USP Lewisburg, Defendant argues that the Section 3553(a) factors now weigh in favor of granting the motion.

The Court has considered Defendant's arguments and the government's response and finds that the updated situation does not alter the Court's prior analysis of the Section 3553(a) factors. (ECF No. 154 at 6.)  Accordingly, Defendant's motion is **DENIED** without prejudice.

**SO ORDERED.**

Dated:  March 1, 2021
           Central Islip, New York

                                                  /s/ (JMA)
                                                  JOAN M. AZRACK
                                                  UNITED STATES DISTRICT JUDGE